1  HARVEY P. SACKETT (72488)
2  **SACKETT AND ASSOCIATES**
3  A PROFESSIONAL LAW CORP.
   1055 Lincoln Avenue
4  Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
   Facsimile: (408) 295-7444
6

7  /ne

8  Attorney for Plaintiff

9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12 MERCY L. REYES,                    ) Civil No. 05-01828 PVT
                                      )
13              Plaintiff,            )
                                      )
14 v.                                 ) STIPULATION AND ORDER
                                      )
15 JO ANNE B. BARNHART,               )
   Commissioner, Social Security      )
16 Administration,                    )
                                      )
17              Defendant.            )
                                      )
18                                    )
   _____    )
19

20      Plaintiff and Defendant, through their respective attorneys,
21 hereby stipulate that Plaintiff shall have a third and final
22 extension of time up through and including Friday, December 9,
23 2005 in which to e-file her Motion for Summary Judgment.  This
24 extension is necessitated by the number of other cases
25 Plaintiff's counsel currently has before the district court that
26 also require briefing.
27
28

                                      1
STIPULATION AND ORDER

```
                                        _____
                                        KEVIN V. RYAN
                                        United States Attorney



Dated: November 4, 2005                 /s/_____
                                        SARA WINSLOW
                                        Assistant U.S. Attorney




Dated: November 1, 2005                 /s/_____
                                        HARVEY P. SACKETT
                                        Attorney for Plaintiff
                                        MERCY L. REYES


IT IS SO ORDERED.


Dated: 11/14/05                         [signature]
                                        HON. PATRICIA V. TRUMBULL
                                        Magistrate District Judge
```

2

STIPULATION AND ORDER