1  KEVIN V. RYAN, SBN 118321
   United States Attorney
2  JOANN M. SWANSON, 88143
   Assistant United States Attorney
3  Chief, Civil Division
   SARA WINSLOW, DCBN 457643
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7260
   Facsimile:  (415) 436-7169
7
   Attorneys for Defendant
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12 MERCY L. REYES,                )
                                  )
13      Plaintiff,                ) CIVIL NO.  05-01828 PVT
                                  )
14      v.                        ) STIPULATION AND ORDER EXTENDING
                                  ) DEFENDANT'S TIME TO FILE
15 JO ANNE B. BARNHART,           ) RESPONSE TO PLAINTIFF'S
   Commissioner of Social Security, ) MOTION FOR SUMMARY JUDGMENT
16                                )
        Defendant.                )
17 _____)

18      IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the

19 approval of the Court, that defendant Commissioner may have an extension of 30 days in which to

20 file her response to plaintiff's motion for summary judgment.[1]  Defendant's response was due on

21 January 9, 2006, pursuant to Civil L.R.16-5.  Defendant's response is now due on February 8, 2006.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

---

[1] See attached Declaration of Sharon Sands.

1  This is defendant's first request.

5  Dated: December 30, 2005                /s/
6                                          HARVEY P. SACKETT
                                           Attorney for Plaintiff

8                                          KEVIN V. RYAN
                                           United States Attorney

12 Dated: January 3, 2006         By:      /s/
                                           SARA WINSLOW
13                                         Assistant United States Attorney

15 PURSUANT TO STIPULATION, IT IS SO ORDERED:

19 Dated: *1/3/06*                         [signature]
20                                         PATRICIA V. TRUMBULL
                                           United States Magistrate Judge

REYES, EXT.MXSJ (ss)
C 05-01828 PVT                             2